[No. 20118.  In Bank. — June 22, 1886.]

THE PEOPLE, RESPONDENT, *v.* WILLIAM H. BELL, APPELLANT.

CRIMINAL LAW — APPEAL — TRANSCRIPT MUST SHOW SERVICE OF NOTICE — DISMISSAL. — The transcript on appeal in a criminal case must show that the notice of appeal was served on the attorney of the adverse party; otherwise the appeal will be dismissed.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco, and from an order refusing a new trial.

Motion to dismiss appeal. The defendant was convicted of the crime of grand larceny. The further facts are stated in the opinion of the court.

*Robert Ferral*, for Appellant.

*Attorney-General Marshall*, and *J. N. E. Wilson*, for Respondent.

The COURT. — The transcript herein does not show that the notice of appeal was served on any one. The law requires that it shall be served on the attorneys of the adverse party (Penal Code, sec. 1240), and the transcript on appeal must show it. (*People* v. *Phillips*, 45 Cal. 44; *People* v. *Clark*, 49 Cal. 455.) This not being the case, the appeal cannot be considered.

Appeal dismissed.